UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARTIN FOSTER,

Plaintiff,

-vs- CASE NO.: 3:16-CV-00196-HLA-JRK

ACADEMY LTD. d/b/a ACADEMY SPORTS & OUTDOORS,

Defendant.
_________________________________/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, MARTIN FOSTER, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, MARTIN FOSTER, and Defendant, ACADEMY LTD. d/b/a ACADEMY SPORTS & OUTDOORS, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: April 18, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Jason Mueller 2200 Ross Ave., Ste 2200 Dallas TX 75201.

*/s/Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505/Fax: (813) 223-5402
fkerney@forthepeople.com
jkneeland@forthepeople.com
Attorney for Plaintiff